UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SARA M. MILLER, <br><br> Plaintiff, <br><br> v. <br><br> BOB EVANS FARMS, LLC, <br><br> Defendant. | Cause No.: 3:18-cv-00018-RLY-MPB |

### ORDER

The Court, having considered the Stipulation of Dismissal with Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

Dated: 11/13/2018

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record